## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| STATZ Corporation ) | ASBCA No. 62048 |
| ) | |
| Under Contract No. SPE4A7-17-D-0231 ) | |

APPEARANCES FOR THE APPELLANT:  William E. Hughes III, Esq.
  Husch Blackwell LLP
  Milwaukee, WI

  Natalia S. Kruse, Esq.
  Husch Blackwell LLP
  Madison, WI

APPEARANCES FOR THE GOVERNMENT:  Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
  Michael P. Chiffolo, Esq.
  Trial Attorney
  DLA Aviation
  Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 5, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62048, Appeal of STATZ Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals